UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN SEAN MULLEN,

                Petitioner,

    v.

DONALD R. HOLBROOK,

               Respondent.

Case No. C20-5418-RJB

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation (Dkt. 23) is approved and adopted;

(2)    Petitioner's petition for writ of habeas corpus (Dkt. 12) is DISMISSED as moot;

(3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

//

//

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 1

(4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 12th day of January, 2021.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 2